NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BENJAMIN LIGERI,                          )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D17-707
                                          )
INFINITY OF TAMPA and ASHLAND,            )
INC.,                                     )
                                          )
            Appellees.                    )
_____)

Opinion filed February 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey, Judge.

Benjamin Ligeri, pro se.

Marie A. Borland and Christopher S. Branton
of Hill, Ward & Henderson, P.A., Tampa, for
Appellee Infiniti of Tampa.

Peter P. Murnaghan and Jill K. Schmidt
of Murnaghan & Ferguson, P.A., Tampa,
for Appellee Ashland Inc.


PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.